UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

JUSTIN CARNAZ HARDEN,

        Plaintiff,

v.

BARBARA HOOVER et al.,

        Defendants.

_____/

Case No. 1:22-cv-1120

Honorable Ray Kent

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: January 18, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge