UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN CARNAZ HARDEN,

         Plaintiff,

Case No. 1:22-cv-1120

Hon. Jane M. Beckering

v.

BARBARA HOOVER and
MICHAEL TOMASZCYZK,

         Defendants.
_____/

**ORDER STAYING CASE**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this action as a *pro se* civil rights lawsuit against defendants Hoover and Tomaszczyk. After defendants moved for summary judgment based on plaintiff's failure to exhaust administrative remedies (ECF No. 21), the Oliver Law Group PC entered an appearance for plaintiff and filed a response to the motion. Based on these developments, the Court concludes that the case should be stayed until the preliminary question of exhaustion is resolved.

Accordingly, **IT IS ORDERED** that this case is **STAYED** pending further order of the Court. If plaintiff's case survives the pending motion for summary judgment, then the Court will issue an amended case management order.

Dated: July 2, 2024

/s/ Ray Kent
RAY KENT
United States Magistrate Judge