UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN CARNAZ HARDEN,

        Plaintiff,

v.

BARBARA HOOVER and
MICHAEL TOMASZCYK,

        Defendants.
_____/

Case No. 1:22-cv-1120

Hon. Jane M. Beckering

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on January 24, 2025.  *See* Order (ECF No. 35).  At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

**IT IS SO ORDERED**.

Dated:  May 19, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge