UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN CARNAZ HARDEN,

    Plaintiff,

v.

                                            Case No. 1:22-cv-1120

                                            HON. JANE M. BECKERING

BARBARA HOOVER and
MICHAEL TOMASCZYK,

    Defendants.
_____/

## ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants filed a Motion for Summary Judgment Based Solely on the Failure to Exhaust Administrative Remedies (ECF No. 38).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 43) on October 21, 2025, recommending that this Court deny Defendants' motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 43) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment Based Solely on the Failure to Exhaust Administrative Remedies (ECF No. 38) is DENIED.

Dated: November 5, 2025                                      /s/ Jane M. Beckering
                                                                 JANE M. BECKERING
                                                                 United States District Judge